|  |  |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * IN THE<br>* SUPREME COURT<br>* OF MARYLAND |
| v. | * AG No. 29 |
| BRIAN R. GORMLEY | * September Term, 2024 |
|  | * |

# O R D E R

Upon consideration of the parties' joint petition for reprimand by consent, in which the parties jointly petition this Court to reprimand the Respondent, pursuant to Rules 19-736(b) and 19-737, and in which the Respondent agrees that his conduct, as described in the joint petition, violated Rules 19-301.7(b) and 19-305.1(a) of the Maryland Attorneys' Rules of Professional Conduct, and that the appropriate disposition would be a reprimand, it is this 19th day of December 2024, by the Supreme Court of Maryland,

ORDERED that the Respondent, Brian R. Gormley, is reprimanded.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk